DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Gary J. Leasure, ) | |
| ) | CASE NO. 5:13 CV 525 |
| Petitioner-Defendant, ) | Criminal Case No. 5:10 CR 241 |
| ) | |
| v. ) | JUDGMENT ENTRY |
| ) | |
| United States of America, ) | |
| ) | |
| Respondent-Plaintiff. ) | |
| ) | |

For the reasons set forth in the memorandum opinion filed contemporaneously with this judgment entry, the petition for habeas relief filed by the petitioner is found to be without merit and the petition is dismissed.

IT IS SO ORDERED.

| | |
|---|---|
| August 20, 2013 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |